**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-05-74-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Ridrigo Martinez Ochoa, ) | |
| Defendant. ) | |

On April 25, 2005, Defendant was sentenced to 37 months' imprisonment for illegal reentry after deportation in violation of 18 U.S.C. § 1326(a). Doc. 12. During a routine review of its docket, the Court found an unresolved motion filed by Defendant on August 12, 2005. Doc. 14. Defendant asserts in that motion that by virtue of his federal conviction, he has violated the terms of probation and/or supervised release. *Id.* at 2. He requests this Court to adjudicate that violation and impose a sentence that runs concurrent to his federal sentence. *Id.*

It appears that Defendant is referencing a violation of probation or supervised release imposed by another court. This Court has no authority to adjudicate or impose a sentence on that violation.

1  **IT IS THEREFORE ORDERED** that Defendant's motion for an order adjudicating
2  probation and/or supervised release violation and imposing sentence (Doc. 14) is **denied**.
3  DATED this 25th day of October, 2010.

David G. Campbell
United States District Judge